```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Stephanie Santaneglo,

                Plaintiff,              19 Civ. 8875 (DAB)
                                            ORDER

        -v.-


Adriana Santangelo, et. al.,

                Defendants.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Court is in receipt of Plaintiff's Letter of October 25, 2019 which appears to request that this matter be transferred to the United States District Court for the District of New Jersey. (ECF No. 5.) It appears that the Plaintiff is a resident of the state of New York but Defendants are residents of the state of New Jersey and events giving rise to the Complaint occurred in the state of New Jersey as well. It is not clear how this case wound up in the Southern District of New York, however, it appears that the Parties are in agreement that this matter should be in federal court, under diversity jurisdiction, in the District of New Jersey.

Accordingly this matter is TRANSFERRED to the District of New Jersey. The Clerk of Court is directed to close this matter.

SO ORDERED.

Dated:   New York, New York
         October 31, 2019

                                                Deborah A. Batts
                                       United States District Judge